FREDERICK   TCKT # E1387128               KE60

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on May 25, 2022, while exercising my duties as a Law Enforcement Officer in the Eastern District of Kentucky:

At approximately 1630 hours we observed a blue Pontiac sunfire bearing Kentucky registration BRH983 parked in the parking lot with its hood raised. After making contact with both subjects, we confirmed the vehicle had a canceled Kentucky registration and did not have valid liability insurance. Both subjects identified as Autumn FREDERICK and Eugene MILLER had active felony arrest warrants.

After both subjects were in custody FREDERICK gave me verbal consent to search her vehicle. I located a glass pipe and approximately 1 gram of methamphetamine in FREDERICK's purse located on the passenger side where she was riding.

I issued FREDERICK a mandatory appearance notice for violating 36CFR2.35(b)(2) for unlawful possession of a controlled substance (METH).

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___05/25/22___   _____ 35
　　　　　　　Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
　　　　　　　Date (mm/dd/yyyy)        U.S. Magistrate Judge